Vacated and Remanded and Opinion filed October 12, 2006












Vacated
and Remanded and Memorandum Opinion filed October 12, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-01204-CV

____________

 

FELTON BAKER, Appellant

 

V.

 

PDQ UNIVERSAL FENCE, INC., GREG
MILLIEN, and THOMAS PAGE, Appellees

 





 

On Appeal from the 157th District
Court

Harris County,
Texas

Trial Court Cause No.
04-07166

 





 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 4, 2005.  On April 13, 2006,
this court ordered the parties to mediate the case.  On August 29, 2006,
the mediator notified this court that all issues in the case had been settled.

 

On
September 28, 2006,  the parties filed a
joint motion for resolution of the appeal.  The parties= Memorandum of Settlement was
attached to the motion.  In the motion, the parties asked that we vacate
the trial court=s judgment and findings so that a new judgment and findings
may be entered to incorporate the terms of the parties= settlement agreement.  See Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
we vacate the judgment and remand the cause to the trial court for entry of a
judgment in accordance with the terms of the parties= settlement agreement.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed October
12, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Seymore.